AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

__SOUTHERN__ DISTRICT OF __TEXAS__
McALLEN DIVISION

UNITED STATES OF AMERICA

V.

Hugo Humberto MARTINEZ-Reynaga

YOB: 1982
POB: Mexico
Name and Address of Defendant

**CRIMINAL COMPLAINT**

Case Number: 7:18-po- 0738

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __September 5, 2018__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendant(s) did,
*(Track Statutory Language of Offense)*
being then and there an alien did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers:

in violation of Title __8__ United States Code, Section(s) __1325 (a) (1)__

I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following facts:

On October 15, 2018, Hugo Humberto MARTINEZ-Reynaga was encountered by Immigration Officers at the Hidalgo County Jail in Edinburg, Texas. An Immigration Detainer was placed upon the defendant and he was remanded to the custody of Immigration and Customs Enforcement on December 14, 2018. When questioned as to his citizenship, defendant stated that he is a citizen and national of Mexico who illegally entered the United States on or about September 5, 2018 by wading the Rio Grande River at or near Hidalgo, Texas.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes   ☒ No

*MAURICE SANCHEZ*
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

__December 15, 2018__     at   __McAllen, Texas__
Date                                         City and State

__Juan F. Alanis, U.S. Magistrate Judge__
Name and Title of Judicial Officer                Signature of Judicial Officer